IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL LEONARD VARNER,** : | |
| Petitioner : | |
| : | No. 1:21-cv-00908 |
| v. : | |
| : | (Judge Kane) |
| **MORRIS V. HOUSER,** : | |
| **SUPERINTENDENT, et al.,** : | |
| Respondents : | |

## ORDER

**AND NOW**, on this 26th day of June 2024, upon consideration of Petitioner Carl Leonard Varner ("Petitioner")'s petition, filed pursuant to 28 U.S.C. § 2254 (Doc. Nos. 1, 1-1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. Nos. 1, 1-1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania